No. 86–1421. OCTOPI, INC., ET AL. *v.* COURTNEY. C. A. 7th Cir. Certiorari denied.

No. 86–1428. PHOENIX NEWSPAPERS, INC., ET AL. *v.* BOS-WELL ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 86–1434. CHEVRON U. S. A. INC. *v.* JHJ LIMITED I. C. A. 5th Cir. Certiorari denied.

No. 86–1446. PUNTON *v.* CITY OF SEATTLE. C. A. 9th Cir. Certiorari denied.

No. 86–1448. CHANCEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 86–1453. ZENITH RADIO CORP. ET AL. *v.* MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1455. MARCOCCIO ET AL. *v.* CROSSMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–1458. VADEN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 86–1462. POTENZE ET AL. *v.* NEW YORK SHIPPING ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1477. CREDIT MANAGERS ASSOCIATION OF SOUTHERN CALIFORNIA *v.* KENNESAW LIFE & ACCIDENT INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 86–1482. KIER *v.* COMMERCIAL UNION INSURANCE COS. C. A. 7th Cir. Certiorari denied.

No. 86–1484. TIP TOP FARMS, INC., ET AL. *v.* DAIRYLEA CO-OPERATIVE, INC. Ct. App. N. Y. Certiorari denied.

No. 86–1485. TOWNSHIP OF EDISON, NEW JERSEY *v.* SKEVO-FILAX ET AL. C. A. 3d Cir. Certiorari denied.